MARTY K. COURSON, ESQ (SBN No. 178031)
LAW OFFICE OF MARTY K. COURSON
582 Market Street, Suite 412
San Francisco, California 94104
Telephone: 415/433-3100
Facsimile: 415/433-3101

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>ERMEIN SJAM and CLAUDIA SJAM,<br><br>Debtors. | Case No. 09-30347 DM13<br><br>Chapter 13<br><br>NO HEARING DATE SET<br><br>**Tentative Initial Hearing Date (to be held only upon timely filing of objection):**<br>July 15, 2009 at 3:00 p.m.<br>235 Pine St<br>San Francisco, CA<br>Courtroom 22<br>Judge: HON. DENNIS MONTALI |

**MOTION TO VALUE SECURITY UNDER FRBP 3012 AND TO AVOID LIEN RELATED TO CLAIM OF 1045 SOUTH VAN NESS AVENUE HOMEOWNER'S ASSOCIATION, INC.**

Debtors ERMEIN SJAM and CLAUDIA SJAM hereby move the court, pursuant to Fed. R. Bankr. P. 3012, to determine the value of the residential real property commonly known as 1045 South Van Ness Avenue #102, San Francisco, CA 94110 at $416,000, and that the lien and related claim of 1045 South Van Ness Avenue Homeowner's Association, Inc. ("HOA") is entirely unsecured because the value of the

MOT. TO VALUE SECURITY UNDER FRBP 3012 AND TO AVOID LIEN RELATED TO CLAIM OF 1045 SOUTH VAN NESS AVENUE HOA, INC.

Case: 09-30347    Doc# 46    Filed: 06/23/09    Entered: 06/23/09 12:38:02    Page 1 of 3

real property is less than other superior lien interests and that the Lien of the HOA may not be enforced pursuant to 11 U.S.C. § 506, 1322(b)(2) and 1327. Debtors further move the court that upon entry of a discharge in Debtors' chapter 13 case, the Lien of the HOA shall be voided for all purposes.

Debtors make this motion pursuant to the "Guidelines For Valuing And Avoiding Liens In Individual Chapter 11 Cases And Chapter 13 Cases" (the "Lien Avoidance Guidelines") as published by the court and available on the court's website at: http://www.canb.uscourts.gov/announcements/guidelines-valuing-and-avoiding-liens-individual-chapter-11-cases-and-chapter-13-cases.

Pursuant to the Lien Avoidance Guidelines, the debtors move for entry of the standard-form order (as set forth as an Appendix to the Guidelines) which provides:

> (1) For purposes of Debtor's chapter 13 plan only, the Lien is valued at zero, 1045 South Van Ness Avenue Homeowner's Association, Inc. does not have a secured claim, and the Lien may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322 (b)(2) and 1327.
> (2) This order shall become part of Debtor's confirmed chapter 13 plan.
> (3) Upon entry of a discharge in Debtor's chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtor, the court will enter an appropriate form of judgment voiding the Lien.
> (4) If Debtor's chapter 13 case is dismissed or converted to one under another chapter before Debtor obtains a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the lienholder, the court will enter an appropriate form of order restoring the Lien.
> (5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

This motion is supported by the Notice and Opportunity for Hearing on Motion, the Memorandum of Points and Authorities, the Declaration of Debtor Ermein Sjam, and the Request for Judicial Notice, all concurrently filed in support of the motion, and on such other and further evidence that may be relied on by the court in the determination of the motion.

Respectfully submitted,

MOT. TO VALUE SECURITY UNDER FRBP 3012 AND TO AVOID LIEN RELATED TO CLAIM OF 1045 SOUTH VAN NESS AVENUE HOA, INC.

Case: 09-30347   Doc# 46   Filed: 06/23/09   Entered: 06/23/09 12:38:02   Page 2 of 3

| | |
|---|---|
| 1 | Dated: June 23, 2009 |
| 2 | /s/Marty K. Courson |
| 3 | MARTY K. COURSON (SBN 178031)<br>Attorney for Debtors |

MOT. TO VALUE SECURITY UNDER FRBP 3012 AND TO AVOID LIEN RELATED TO CLAIM OF 1045 SOUTH VAN NESS AVENUE HOA, INC.

Case: 09-30347   Doc# 46   Filed: 06/23/09   Entered: 06/23/09 12:38:02   Page 3 of 3