MARTY K. COURSON, ESQ (SBN No. 178031)
LAW OFFICE OF MARTY K. COURSON
582 Market Street, Suite 412
San Francisco, California  94104
Telephone:    415/433-3100
Facsimile:    415/433-3101

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>ERMEIN SJAM and CLAUDIA SJAM,<br><br>Debtors. | Case No. 09-30347 DM13<br><br>Chapter 13<br><br>NO HEARING DATE SET<br><br>**Tentative Initial Hearing Date (to be held only upon timely filing of objection):**<br>July 15, 2009 at 3:00 p.m.<br>235 Pine St<br>San Francisco, CA<br>Courtroom 22<br>Judge:  HON. DENNIS MONTALI |

**NOTICE AND OPPORTUNITY FOR HEARING ON MOTION TO VALUE SECURITY UNDER FRBP 3012 AND TO AVOID LIEN RELATED TO CLAIM OF <u>1045 SOUTH VAN NESS AVENUE HOMEOWNER'S ASSOCIATION, INC.</u>**

**TO:  1045 SOUTH VAN NESS AVENUE HOMEOWNER'S ASSOCIATION, INC., ITS ATTORNEYS, AND ANY OTHER INTERESTED PARTY:**

**PLEASE TAKE NOTICE THAT** Debtors ERMEIN SJAM and CLAUDIA SJAM have moved the court, pursuant to Fed. R. Bankr. P. 3012, to determine the value

NOT. AND OPPORTUNITY FOR HEARING ON MOT. TO VALUE SECURITY UNDER FRBP 3012 AND TO AVOID LIEN RELATED TO CLAIM OF 1045 SOUTH VAN NESS AVENUE HOA, INC.

Case: 09-30347    Doc# 47    Filed: 06/23/09    Entered: 06/23/09 12:30:29    Page 1 of 3

of the residential real property commonly known as 1045 South Van Ness Avenue #102, San Francisco, CA 94110 at $416,000, and that the lien and related claim of 1045 South Van Ness Avenue Homeowner's Association, Inc. ("HOA") is entirely unsecured because the value of the real property is less than other superior lien interests. Thus, pursuant to 11 U.S.C. § 506, Debtors seek to value the HOA's lien at zero and to determine that the HOA does not have a secured claim.

This motion is supported by this Notice and Opportunity for Hearing on Motion, the Motion itself, Memorandum of Points and Authorities, Declaration of Debtor Ermein Sjam, and the Request for Judicial Notice, all concurrently filed in support of the motion, and on such other and further evidence that may be relied on by the court in the determination of the motion.

**PLEASE TAKE FURTHER NOTICE THAT** Bankruptcy Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be followed and that any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 20 days of mailing of the notice; That a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; That if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default.

Should timely objection be made, an initial hearing will be held on July 15, 2009 at 3:00 p.m. before the Hon. Dennis Montali, Judge of the United States Bankruptcy Court, 235 Pine St, San Francisco, CA, 94104, Courtroom 22. Except as otherwise ordered by the court, this initial hearing will not be an evidentiary hearing but will serve as a status conference at which the court may schedule any evidentiary hearing necessary.

NOT. AND OPPORTUNITY FOR HEARING ON MOT. TO VALUE SECURITY UNDER FRBP 3012 AND TO AVOID LIEN RELATED TO CLAIM OF 1045 SOUTH VAN NESS AVENUE HOA, INC.

Case: 09-30347  Doc# 47  Filed: 06/23/09  Entered: 06/23/09 12:39:29  Page 2 of 3

1 | Respectfully submitted,
2 | Dated: June 23, 2009
3 |                                           */s/Marty K. Courson*
4 |                                           MARTY K. COURSON (SBN 178031)
                                          Attorney for Debtors

NOT. AND OPPORTUNITY FOR HEARING ON MOT. TO VALUE SECURITY UNDER FRBP 3012 AND TO AVOID LIEN RELATED TO CLAIM OF 3045 SOUTH VAN NESS AVENUE HOA, INC.

Case: 09-30347   Doc# 47   Filed: 06/23/09   Entered: 06/23/09 12:30:29   Page 3 of 3