MARTY K. COURSON, ESQ (SBN No. 178031)
LAW OFFICE OF MARTY K. COURSON
582 Market Street, Suite 412
San Francisco, California 94104
Telephone: 415/433-3100
Facsimile: 415/433-3101

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>ERMEIN SJAM and CLAUDIA SJAM,<br><br>    Debtors. | Case No. 09-30347 DM13<br><br>Chapter 13<br><br>NO HEARING DATE SET<br><br>HON. DENNIS MONTALI |

**DECLARATION OF DEBTOR ERMEIN SJAM IN SUPPORT OF MOTION TO VALUE SECURITY UNDER FRBP 3012 AND TO AVOID LIEN RELATED TO CLAIM OF 1045 SOUTH VAN NESS AVENUE HOMEOWNER'S ASSOCIATION, INC.**

I, Ermein Sjam, declare:

**1.** I am a joint-debtor in the instant bankruptcy case. I submit this declaration in support of debtors Motion To Value Security Under FRBP 3012 And To Avoid Lien Related To Claim Of 1045 South Van Ness Avenue Homeowner's Association, Inc. I have personal knowledge of the matters set forth herein and, if called as a witness, could and would testify competently as to the truth of those matters.

**2.** My wife (joint-debtor herein) and I own real property, a condominium

DECL. OF DEBTOR ERMEIN SJAM ISO MOT. TO VALUE SECURITY UNDER FRBP 3012 AND TO AVOID LIEN RELATED TO CLAIM OF 1045 SOUTH VAN NESS AVENUE HOMEOWNER'S ASSOCIATION, INC. -

Case: 09-30347    Doc# 49    Filed: 06/23/09    Entered: 06/23/09 12:43:42    Page 1 of 2

located at 1045 South Van Ness Avenue #102, San Francisco, CA 94110 (the "Condominium").

    3.      The Condominium is located in the heart of the Mission District of San Francisco, between 21st and 22nd Streets.

    4.      I have recently made inquiry as to the reasonable price we might expect if we offered the Condominium for sale on the open market. I have consulted multiple sources, including information available on the internet that provides recent comparable sales.

    5.      In my opinion, the current fair market value of the Condominium is $416,000, slightly higher than the $400,000 estimate at the time we originally filed our bankruptcy case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and accurate.

Dated: June 21, 2009

                                                */S/Ermein Sjam*
                                               ERMEIN SJAM

DECL. OF DEBTOR ERMEIN SJAM ISO MOT. TO VALUE SECURITY UNDER FRBP 3012 AND TO AVOID LIEN RELATED TO CLAIM OF 1045 SOUTH VAN NESS AVENUE HOMEOWNER'S ASSOCIATION, INC. -

Case: 09-30347   Doc# 49   Filed: 06/23/09   Entered: 06/23/09 12:43:42   Page 2 of 2