MARTY K. COURSON, ESQ (SBN No. 178031)
LAW OFFICE OF MARTY K. COURSON
582 Market Street, Suite 412
San Francisco, California 94104
Telephone:   415/433-3100
Facsimile:   415/433-3101

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>ERMEIN SJAM and CLAUDIA SJAM,<br><br>Debtors. | Case No. 09-30347 DM13<br><br>Chapter 13<br><br>**Briefing Schedule:**<br>**1045 SOUTH VAN NESS:**<br>Due by October 14, 2009<br>**Reply by Debtors:**<br>Due by October 21, 2009<br><br>235 Pine St<br>San Francisco, CA<br>Courtroom 22<br>Judge:  HON. DENNIS MONTALI |

**STATEMENT OF UNDISPUTED FACTS RE:  MOTION TO VALUE SECURITY UNDER FRBP 3012 AND TO AVOID LIEN RELATED TO CLAIM OF 1045 SOUTH VAN NESS AVENUE HOMEOWNER'S ASSOCIATION, INC.**

Debtors/moving parties ERMEIN SJAM and CLAUDIA SJAM (the "SJAMs") and Claimant 1045 SOUTH VAN NESS AVENUE HOMEOWNER'S ASSOCIATION, INC. (the "HOA"), hereby stipulate to the following undisputed material facts:

STATEMENT OF UNDISPUTED FACTS RE:  MOTION TO VALUE SECURITY UNDER FRBP 3012 AND TO AVOID LIEN RELATED TO CLAIM OF 1045 SOUTH VAN NESS AVENUE HOA - 1

<a>
</a>
<a>
</a>
<a>
</a>
<a>
</a>
<a>
</a>
<a>
</a>
<a>
</a>
<a>
</a>

| Date Recorded | Lien Claimant | Amount of Claim |
|---|---|---|
| 11/22/1991 | 1045 SOUTH VAN NESS AVE CCRs Recorded | |
| 10/30/2001 | Resurgent | $7,047.53 |
| 11/18/2004 | Indymac | $442,716.96 |
| 6/16/2006 | HSBC | $52,285.68 |
| 10/10/2007 | HOA | $16,040.57 |

1. The HOA's CCRs were recorded on November 22, 1991 as part of the official records of the City and County of San Francisco. These CCRs run with the land and bind subsequent owners such as the SJAMs.

2. The SJAMS become owners of their unit by grant deed dated February 17, 1999.

3. A "Deed of Trust and Assignment of Rents" was recorded against the Sjam's unit on about October 30, 2001 in the Official Records of San Francisco County, as Document Number 2001-H047985-00. This deed of trust secures the claim of Resurgent which filed a secured proof of claim in the Sjam's bankruptcy case based on this lien in the amount of $7,047.53.

4. A "Deed of Trust" was recorded by Indymac on about November 18, 2004 in the Official Records of San Francisco County, as Document Number 2004-H852936-00 in an original amount of $381,000. This deed of trust secures the claim of Indymac which filed a secured proof of claim in this case based on its lien in the amount of $442,716.96.

5. A "Deed of Trust (Secondary Lien)" was recorded on June 16, 2006 as Document Number 2005-H79351600 in the Official Records in the Office of the Recorder of San Francisco County, California. HSBC has filed a secured proof of claim in this case based on its lien in the amount of $52,285.68.

6. A stipulated order was entered that the lien of HSBC would be avoided at the successful conclusion of this bankruptcy case.

STATEMENT OF UNDISPUTED FACTS RE: MOTION TO VALUE SECURITY UNDER FRBP 3012 AND TO AVOID LIEN RELATED TO CLAIM OF 1045 SOUTH VAN NESS AVENUE HOA - 2



7.    A "Notice of Delinquent Assessment (Lien)" was recorded on October 10, 2007 in the Official Records of San Francisco County, as instrument no. 2007-I471626, by the HOA. The HOA has filed a secured proof of claim in this case based on its lien in the amount of $16,040.57.

8.    The Sjams filed their Chapter 13 bankruptcy case on February 12, 2009.

9.    The amount owed to the HOA as of the date of the petition date was $13,072.23. Due to an accounting error, this amount may be $1,200 lower.

Respectfully submitted,

Dated: October 8, 2009

*[signature]*
Marty K. Courson, Esq.
Attorney for Debtors

*[signature]*
James Pierson, Board Member
Of Claimant 1045 SOUTH VAN NESS
AVENUE HOMEOWNER'S ASSOCIATION, INC.

STATEMENT OF UNDISPUTED FACTS RE: MOTION TO VALUE SECURITY UNDER FRBP 3012 AND TO AVOID LIEN RELATED TO CLAIM OF 1045 SOUTH VAN NESS AVENUE HOA - 3